IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| VINCENT KHOURY TYLOR,, | ) | CIVIL NO 13-00289 HG-RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SMART ENTERPRISE, INC., A HAWAII CORPORATION, DBA SMART HAWAII TOUR, AND DBA WITHNET OR WITHNET, INC.; MICHAEL S. HAN; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; AND DOE ASSOCIATIONS 1-10, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (ECF No. 14)

Findings and Recommendation having been filed and served on all parties

on December 05, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and

//

//

//

Recommendations (ECF No. 14) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: December 26, 2013, Honolulu, Hawaii.



/s/ Helen Gillmor
Helen Gillmor
United States District Judge